IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XUEPING FANG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WUXI BIOLOGICS USA LLC, & | : | |
| WUXI BIOLOGICS CO., LTD | : | NO. 24-172 |

**AND NOW**, this 6th day of August, 2024, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint (Docket No. 12) and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the **MOTION** is **DENIED WITHOUT PREJUDICE**. **IT IS FURTHER ORDERED** that Plaintiff may file a motion for leave to file an amended complaint that cures the deficiencies in her proposed Second Amended Complaint no later than September 9, 2024.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.